UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMIEN SHKRELI,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF NEW YORK,<br><br>        Defendant. | 23 Civ. 9285 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 31, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for January 31, 2024. *See* Dkt. Nos. 16, 17. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: February 1, 2024
   New York, New York

                              DALE E. HO
                          United States District Judge